FILED

JUN 20 2016

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

Jane Doe

vs.                                             Case No.: **W16CA180**

Baylor University; Baylor University Board of
Regents; and Patty Crawford, in her official
capacity as Title IX Coordinator

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now __J. Wayne Little_____, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent __Jane Doe_____ in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) __Elliott & Little_____ with offices at:

   Mailing address: __817 North Thompson Street_____

   City, State, Zip Code: __Conroe, Texas 77301_____

   Telephone: __(936) 441-4556_____   Facsimile: __(936) 441-4558_____

2. Since __November 1992_____, Applicant has been and presently is a member of and in good standing with the Bar of the State of __Texas_____.

   Applicant's bar license number is __00784482_____.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | State of Texas | November 1992 |
   | U.S. District Court - Southern District of Texas | July 2001 |
   | Fifth Circuit Court of Appeals | May 2002 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):
Fifth Circuit Court of Appeals - Inactive

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _____ on the ____ day of _____, _____.

Number: _____ on the ____ day of _____, _____.

Number: _____ on the ____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: _____

Mailing address: _____

City, State, Zip Code: _____

Telephone: _____

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of __J. Wayne Little_____ to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

J. Wayne Little
[printed name of Applicant]

/s/ [signature]
[Signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 20th day of June, 2016.

J. Wayne Little
[printed name of Applicant]

/s/ [signature]
[signature of Applicant]

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
## WACO DIVISION

Jane Doe

vs.

Case No.:

Baylor University; Baylor University Board of Regents; and Patty Crawford, in her official capacity as Title IX Coordinator

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by  J. Wayne Little , counsel for Jane Doe , and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and J. Wayne Little may appear on behalf of Jane Doe in the above case.

IT IS FURTHER ORDERED that J. Wayne Little , if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE

COPY

# ATTORNEY ADMISSIONS

```
DUPLICATE

Court Name: TEXAS WESTERN
Division: 6
Receipt Number: 600019058
Cashier ID: jgbeaver
Transaction Date: 06/20/2016
Payer Name: Central Texas Litigation
----------------------------------
PRO HAC VICE
 For: J. Wayne Little
 Case/Party: D-TXW-5-08-LB-000000-001
 Amount:        $100.00
----------------------------------
PAPER CHECK
 Remitter: Central Texas Litigation
 Check/Money Order Num: 8069
 Amt Tendered:  $100.00
----------------------------------
Total Due:      $100.00
Total Tendered: $100.00
Change Amt:     $0.00

Pro Hac Vice fee for J Wayne Little
for D-TXW-6-16-cv-000180-001;
Check paid by Central Texas
Litigation Support Service Inc.,
7215 Bosque Blvd. Waco, TX. 76710
```